IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| KAREN L. WAGY, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. |
| | : | 5:07-CV-331-HL |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | : | |
| Defendant. | : | |

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 14), which recommends affirming the Social Security Commissioner's decision to deny Social Security benefits to Plaintiff. Plaintiff filed an Objection (Doc. 15) to the R&R. Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Plaintiff's Objection and has made a de novo determination of the portion of the R&R to which Plaintiff objects. After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**SO ORDERED**, this the 26th day of August, 2008

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc

1